COPY

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 17 PM 1:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

Board of Trustees of the Western States Income Security Fund,
Plaintiff

vs

Vanard Lithographers, Inc.,
Defendant

SUMMONS IN A CIVIL ACTION

Case No. '07 CV 2009 L CAB

TO: (Name and Address of Defendant)

Annette Fritzenkotter, Agent for Service of Process
Vanard Lithographers, Inc.
3220 Kurtz St.
San Diego, CA 92110

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Thomas J. Brady
DONALDSON & CORNWELL
15708 Pomerado Rd., Suite N-109
Poway, CA 92064

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 17 2007 |
|---|---|
| CLERK | DATE |

By L ODIERNO, Deputy Clerk

SEAL

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)