ORIGINAL FILED

07 NOV -1 PM 3:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| THOMAS BRADY SBN 185768<br>DONALDSON & CORNWELL<br>15708 POMERADO ROAD<br>SUITE N-109<br>POWAY CA 92064 | 858-487-9420<br>Ref. No. or File No.<br>7700 | |
| ATTORNEY FOR Plaintiff | | |
| Insert name of court and name of judicial district and branch if any.<br>District Court Southern District, San Diego<br>880 Front St #4290 San Diego CA 92101 | | |
| SHORT TITLE OF CASE:<br>Western States v Vanard | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 579294 | | | | 07CV2009 L |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED:
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

CIVIL CASE COVER SHEET
COMPLAINT-CONTRACT
SUMMONS IN A CIVIL ACTION

ON: VANARD LITHOGRAPHERS, INC.

AT: 3220 KURTZ STREET
SAN DIEGO CA 92110

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

ROSE CUNDARII
WHOSE TITLE IS: AUTHORIZED TO ACCEPT

ON: 10/18/07 AT: 02:50 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: K. WYSONG FEE FOR SERVICE: 124.50

RAPID LEGAL, INC.
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ ] Employee or [ X ] Independent Contractor
(2) Registration No. 879
(3) County: SAN DIEGO
(4) Expiration: 01/06/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 10/22/07 > SIGNATURE