ORIGINAL

FILED
2007 DEC 11 PM 3:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

Thomas J. Brady, Esq. (SBN 185768)
F. Russell Wilson, Esq. (SBN 185591)
DONALDSON & CORNWELL
15708 Pomerado Road, Suite N-109
Poway, California 92064
(858) 487-9420 tel.
(858) 487-9424 fax
kimcditlaw@aol.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FILE BY FAX

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND<br><br>Plaintiff,<br><br>vs.<br><br>VANARD LITHOGRAPHERS, INC.<br><br>Defendant. | CASE NO. 07cv2009-L(CAB)<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Plaintiffs Board of Trustees of the Western States Income Security Fund, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismiss without prejudice all claims asserted against Defendant Vanard Lithographers, Inc.

/ / / / /

/ / / / /

Dated 12-10-07

DONALDSON & CORNWELL

By [signature]

Thomas J. Brady (SBN 185768)
DONALDSON & CORNWELL
15708 Pomerado Road, Suite N-109
Poway, CA 92064

Attorney for Plaintiff,
Board of Trustees of the
Western States Income Security Fund

ORIGINAL

FILED
2007 DEC 11 PM 3:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

Thomas J. Brady, Esq. (SBN 185768)
F. Russell Wilson, Esq. (SBN 185591)
DONALDSON & CORNWELL
15708 Pomerado Road, Suite N-109
Poway, California 92064
(858) 487-9420 tel.
(858) 487-9424 fax
kimcditlaw@aol.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FILE BY FAX

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND<br><br>Plaintiff,<br><br>vs.<br><br>VANARD LITHOGRAPHERS, INC.<br><br>Defendant. | CASE NO. 07cv2009-L(CAB) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was served this day via U.S. Mail to the following:

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Annette Fritzenkotter
Agent for Service of Process
Vanard Lithographers, Inc.
3220 Kurtz St.
San Diego, CA 92110

Dated 12-10-07

DONALDSON & CORNWELL

By [signature]
Thomas J. Brady (SBN 185768)
DONALDSON & CORNWELL
15708 Pomerado Road, Suite N-109
Poway, CA 92064

Attorney for Plaintiff,
Board of Trustees of the
Western States Income Security Fund